UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
20 MAR 17 PM 2:26
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Criminal No: |
| Plaintiff, | § | |
| | § | INFORMATION |
| v. | § | [Ct. I – 18 U.S.C. § 1001– False Statement] |
| JOHAN SHAREEF AL-SUHAIL, | § | 1:20-CR-103-RP |
| Defendant | § | |

**THE U.S. ATTORNEY CHARGES:**

**COUNT ONE**
**False Statement**
**(Violation of 18 U.S.C. § 1001)**

That on or about December 12, 2016, JOHAN SHAREEF AL-SUHAIL, defendant, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of a department or agency of the United States by claiming to officers of the United States Federal Bureau of Investigation in the Western District of Texas that he (AL-SUHAIL) had not seen in person a missile launcher, a Javelin, or a Rocket Propelled Grenade (RPG) while in the Austin, Texas area.

The statement and representation were false because, as JOHAN SHAREEF AL-SUHAIL then and there knew, he had met with at least one other individual on September 30, 2015, and discussed the sale and purchase of multiple items, including weapons, and on that same day, AL-SUHAIL inspected in person a missile launcher, a Javelin, and an RPG.

All in violation of 18 U.S.C. § 1001.

JOHN F. BASH
United States Attorney

MICHAEL C. GALDO
G. KARTHIK SRINIVASAN
Assistant United States Attorneys